**FILED**

04/13/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0409

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0409

_____

STEVEN WAYNE KEEFE,

      Petitioner and Appellant,

   v.                                  O R D E R

STATE OF MONTANA,

      Respondent and Appellee.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 13 2022